In the Matter of MAX CRANE, Deceased. ALAN M. CRANE, Respondent; JUDITH HOLLANDER, Appellant.

Submitted May 28, 2013; decided June 27, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

DEUTSCHE BANK NATION TRUST COMPANY, Respondent, v FRANCISCO FELICIANO et al., Defendants, and SHEILA ELLERBE, Appellant.

Submitted May 28, 2013; decided June 27, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

CHARLES R. LIVECCHI, Appellant, v JOHN NACCA, Respondent.

Submitted May 20, 2013; decided June 27, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.